# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| DONNA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Docket No. 3:12-cv-00605** |
| | ) | **JUDGE MATTICE** |
| LOWE'S HOME CENTERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41.01(a)(1)(A)(ii), hereby file this

stipulation of dismissal with prejudice of this cause.

Respectfully submitted,


 /s/Edward G. White (by TKG w/permission )
Edward G. White III BPR # 029924
Attorney for Plaintiff
810 Henley Street
Knoxville, Tennessee 37902
(865) 712-0963
trippwhite82@gmail.com


/s/ Kristi Davis (by TKG w/permission)
Kristi Davis, BPR #: 019487
Attorney for Plaintiff
617 Main Street
P.O. Box 869
Knoxville, Tennessee 37901
(865) 292-2307
kdavis@hdclaw.com

1

/s/ Tim K. Garrett
Tim K. Garrett (BPR #012083)
Attorney for Defendant Lowe's
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6270
tgarrett@bassberry.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished via the Court's Electronic Filing System, to the following this 4th day of September 2013:

| | |
|---|---|
| Edward G. White III | Kristi Davis |
| 810 Henley Street | 617 Main Street |
| Knoxville, TN 37902 | P.O. Box 869 |
| TrippWhite82@gmail.com | Knoxville, TN 37901 |
| | kdavis@hdclaw.com |

Attorneys for Plaintiff

s/ Tim K. Garrett

12326008.2

2